# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

MICAH E. GLENN,
        Plaintiff,

v.                              Case No. 06C0179

KRISTINA WIZA, DONNA HARRIS,
KRISTINE LAWRENCE, DARRYL
BUCHOLTZ and JANICE CUMMINGS,
        Defendants.

## ORDER

Plaintiff Micah E. Glenn brings this action under 42 U.S.C. § 1983. On December 1, 2006, plaintiff brought a motion for reconsideration of the dismissal of defendant David Schwartz from this case and a motion for leave to file an amended complaint.

As to the motion for reconsideration, on July 6, 2006, District Judge Stadtmueller screened plaintiff's complaint and determined that plaintiff's claims against Schwartz, the administrator of the State of Wisconsin Department of Hearings and Appeals, were barred by quasi-judicial immunity. On November 20, 2006, I formally dismissed Schwartz from this case after defendants alerted me to the fact that Schwartz had not been dismissed, notwithstanding that plaintiff's claims against him had been dismissed. I will not reconsider Judge Stadtmueller's July 6 order or my November 20 order.

As to plaintiff's motion for leave to file an amended complaint, such motion does not specifically state what changes are sought by the proposed amendments and is not accompanied by a proposed amended complaint, as required by Civil L. R. 15.1. As such, I am unable to determine whether plaintiff's proposed amendments are appropriate and will deny

his plaintiff's motion for leave to amend without prejudice. Plaintiff may file another motion for leave to amend his complaint only if he specifically states what changes are sought by the proposed amendments and attaches the proposed amended complaint.

Plaintiff should note that his response to defendants' motion to dismiss is due on January 5, 2007.

**Therefore,**

**IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 30 day of December, 2006.

/s_____
LYNN ADELMAN
District Judge